# United States District Court
# District of New Hampshire

Timmie G Fair # 44316
_____
Plaintiff

Department of Corrections v.
New Hampshire state prison
MEDICAL Dept. / DOC
_____
Defendant(s)

Civil Action No. 14-1p-83
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.  Parties

   A.  Please provide the following information for each plaintiff:

   1. Name  Fair          Timmie          G
              (Last)        (First)       (Initial)

   2. Place of Detention  New Hampshire State Prison for Men

   3. Institutional Address  Po Box 14
      Concord NH 03302

   4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

      ☐ Pretrial Detention Order
      ☒ Sentenced Inmate  PV with New Charges

   5. Date pretrial detention order was issued or sentence imposed  12-12-13 Parole Violation

B. Please provide the full name, current title and address known for each defendant:

1. Name _____
          (Last)                    (First)                   (Initial)

2. Title  NH State Prison For Men Department of Corrections

3. Address  PO Box 14 Concord NH 03302

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: See Attached Statement Of Claim

Supporting *Facts*:

//                                                  \1

Allegation 2: See Attached Statement of Claim

Supporting *Facts*:

″                              ″

Allegation 3: _____

Supporting Facts:

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. Relief  money for mental Health Counsiling Pain and Suffering reimbursment money - Actions to be taken on Staff of the Department of corrections

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

Date: 2-12-14

_____
Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                                              Page 5

State of New Hampshire             ]
                                   ]    ss
County of **Merrimack**             ]


I **Timmie Fair**_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this **12th** day of **Febuay**, 20**14**..

_____
Notary Public/Justice of the Peace

TARA LYNNE WHITING
★ NOTARY PUBLIC - NEW HAMPSHIRE ★
My Commission Expires May 11, 2016

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

**2-12-14**                               _____
DATE                                        SIGNATURE


## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)     NO (  )
**(check one only)**

Date: **2-12-14**                         _____
                                             Signature of Plaintiff

# Complaint

## Statement of Claim

**Allegations 1:** Department of Corrections/NH State prison for MEN Health Services Center Did not provide Me Timmie Fair With proper Medicle attention

**Supporting Facts:** I Timmie Fair was arrested for a Parole Violation on 12/12/13. I had a deep Gush on my right hand on my Pinky. I was Finally taken to a Doctor at Dartmouth Hitckock Clinic in Concord to get my hand Checked out. Doctors orders were to Have health Service center in NH State prison Cast my hand With a Cast that can be removed to Shower. Medicle was suppose to Soak my hand Daily in Sterile water and Anti Bacterial Soap and Puroxide it, then replace the cast. I was also Suppose to be orderd Anti-Biotics. Medicle Staff Failed to Follow orders and to date my hand is still not healed the Date is 2-10-14 See Attached Forms Chain of Events. The State Caused Mental and Physical Problems

**Allegations 2:** Department of Corrections/NH State prison for men Failed to move Some Inmate Zachary Jabour Seperate from me After this Inmate performed Lewd and Lacivious Acts; Sexual Harrased/Harrased me.

**Supporting Facts:** I woke up to Inmate Zachary Jabour masturbation on my Bed Looking at me I Spoke to C/O Williams and told him the Incident he said he would have to Speak to the Officer In Charge Who At

Complaint

## Statement of Claim

time was Corporal Deseuatel She then Came to my Door Cell E5 in the Secured Housing Unit at New Hampshire State prison For men in Concord NH And asked me IF I could Wait until the Following Day I Stated I could Not because I Felt like it could happen again or Even worse. I was already Mentaly Disturbed over the Incident and Felt Violent. Cpl. Deseuatel then moved him 1 cell over to E-4. A couple Days later he Started Harrasing me Saying he was going to call my mom Find her and Kill her have Sex with her Dead Body and Cum inside her. I have Suvired Mental Issues Such As post traumatic Stress disorder, ADD/ADHD and Anxiety Disorders. I then Blacked out and punched the wall. They Should Moved him off the Her or me off the Her After the Incident. They did not and Which In turn Caused Traumatic Mental and Physical problems. See other forms Chain of Events.

Case 1:14-cv-00083-BB Document 1 Filed 02/24/14 Page 7 of 14

# Page 1 Chain of Events

| Date | |
|---|---|
| 12-12-13 | I was Arrested for a parole violation. As of that Date I've had alot of Issues with medicle Staff while Being Incarcerated. I have a Deep gash on my Right Hand on my pinky Knuckle, It is very painfull and restricts me to do lots of Stuff I normally Do. And its in A Spot thats hard to heal because I use my right hand for Everything. |
| 12-31-13 | On this Date I was taken to the Dartmouth Hitchcock Medicle Clinic in Concord, NH Where I Saw Doctor About my hand Injury. His orders For my hand recovery to be as Follows. Health Service Center in Concord State prison to Cast my hand, one that I can remove to Shower. Medicle was Suppose to Soak my hand Daily in Sterile water and antibacterial Soap and peroxide. At the time being I lived on E-Tier in SHU and the Nurses Do Sick Call Everyday around 3:30 pm. And they were not treating my hand at all. As of now I have hardly any Feeling in my hand and it hurts more and more Everyday. As I Said I cant take my mind off It and Its Driving me crazy. |
| 1-7-14 | On this Date in Cell E-5 My roomate Zachery Adam Jabour was Sitting on the Edge of my Bed masterbating Doing Lewd and Lacivious acts While I was Sleeping. I woke up to him Staring At me while he was Sitting on the Edge of my Bed. masturbating. I told him to pack his Stuff Becuse |

## Page 2 Chain of Events

that weirded me out and I felt violated and was sexualy harrased. When Officer Williams came by around 9:00 pm I told him what happend and he stated that he would talk to the "OIC" who was Cpl. Deseautel. She then came to my door with Officer Williams and asked me if I could wait untill morning. I told her I was violated and I felt like I was going to hurt the Inmate because I felt like it could happen again my mind was racing. Cpl. Deseautel then moved him to cell E-4 Right next door to me. With Inmate Dannijil Gadaxis.

A couple of days go by and Zachary Jabour starts Harrasing me. and He has plead true of doing this two investagtion Here in NH state prison for men in Concord NH?

1-9-14 | Zachary Jabor on 1/9/14 Started yelling from the cell they moved him to E-4. He was saying he was going to call my mother and Fuck her and Fill her up with cum, and kill her and have sex with her dead body. Me being Harrased made my PTSD over react and I blacked out and punched the wall. I flipped out and was extracted and moved to I-tier in SHU. There are Cameras on I-tier So you can see that the Nurses only took me out a couple of times to look at my hand.

1-22-14 | I was moved to I-tier in SHU Away from Zachary Jabour. My hand is now messed up Even more from me blacking out and hitting the wall. The Date is 2/10/14 and my hand is still not healed.

TF

# INMATE REQUEST SLIP

JAN 28 2014

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM          DATE: 1-24-14

FROM: __Fair__    __Timmie__    __George__    ID #: __44316__
       Last Name   First Name    Middle Initial

__NHSP__    __SHU__    __I-5__    __X__
Facility    Housing Unit   Cell   Work/Shift

INMATE REQUEST: I am writing to you sir or ma'am that your security staff and medical staff has put me in so much pain and suffering for the past going on month now and they just keep on makin it worst the gash on top of right hand on my last pinky knuckel is peeled back and it will now never be the same or put back as the same I've been scard and wondering why your staff as of care of me for medical treatment, not taking me to the hospital on the day of 1-9-14 of know that accord because of a inmate sr. ok, and I ended up flippin out punchin the wall lost a lot of blood then the sert team came and cuffed me up broutine out thro the medical room by cpt offic nurse Brad came looked at it, and said he is fine until the RN nurse come by and does sick call at that day or night was put nurse, or he even said it was bad and hopefully they should take you out after the x-rays never did sr. Because of the first cut I already had was not doin to well as of medical staff here and I still have pencil class inside of my hand, and now my knukel is really badly cut back and weaken the wrong way will not probly worked on so bew it is injured and lost of cut inside of hand hurts all the time. If you could let me know why I had to suffer and not get the right help sr. that would be helpful

Thank you.

Please take action of your lack of staff please....

(If you need more space, use plain paper.)                    Inmate Signature

TO: __Commissioner__                                          DATE: 1-24-14   TF

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

_____
                                                              Staff Signature

*********************************************************************************

FROM: __Chris Kench, Office of the Commissioner__              DATE: 1/30/14
       Staff Member Name/Office

REMARKS: We are confident in and support the care provided by our medical staff.

_____

_____

                                                         _Chris Kench_
                                                           Staff Signature

                                  Received By __Timmie G Fair__ TF
                                                  Inmate Signature

White - Offender Records Office   Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06  TF

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. The Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**RECEIVED JAN 21 2014 NHSP/M WARDEN'S OFFICE**

TO: Unit Supervisor, Security Lieutenant, CC/CM                    DATE: 1-18-14

FROM: __Fair__   __Timmie__   __George__   ID#: __44316__
       Last Name    First Name    Middle Initial

__NHSP__   __SHU SHU__   __E-5__   __X__
Facility   Housing Unit   Cell   Work/Shift

INMATE REQUEST: Hi, SR I would Like to speak with you ASAP please? of my Concerns of a Huge GasH on Top of my right Hand on my pinky Nukel is pushed Back pretty Badly and I've Been Scared and Suffering pain and Sir Had my Girl Friend Call No one but her talked to you the staff told Me that I Could not speak with you and I asked to speak with and it is Not happening they said ok Not right Could you please Come see me and look at this at my Hand is really Bad Because of lack of medical treatment please Could you Help me at with this issues,

please.

thank you

(If you need more space, use plain paper.)                    Inmate Signature

TO: __Warden__                                DATE: __1-18-14__

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

                                              Staff Signature

**************************************************************

FROM: __WARDEN Gerry__                        DATE: __1/22/14__
      Staff Member Name/Office

REMARKS: Do Need to address the "gash on top of your Right hand" with medical staff. There is No Need for me to meet with you on an issue that is clearly a medical matter.

                                              Staff Signature

                        Received By _____
                                     Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

INMATE REQUEST SLIP                    FEB 1 0 2014

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM                   DATE: 2-9-14

FROM: Fair          Timmie          G                             ID #: 44316
      Last Name     First Name      Middle Initial

      NHSP          SHU             I-5                           ———
      Facility      Housing Unit    Cell                          Work/Shift

INMATE REQUEST: The reason I am writing is I would like to see the Doctor about getting my medications Increased for the middle of the Day I am struggleing. The last time I spoke to the mental Health Doctor he recomeded me getting my welbutrin back for my ADD. I am also struggling alot with my ADD, and PTSD around the middle of the Day. Could you please help me with this.

Thanks for your time

(If you need more space, use plain paper.)

                                                                  _____
                                                                  Inmate Signature

TO: MENTAL HEALTH - Dr Potenza            DATE: 2-9-14

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: ___

                                                                  _____
                                                                  Staff Signature

********************************************************************************

FROM: _____                                           DATE: 2/11/14
      Staff Member Name/Office

REMARKS: I will review your chart & discuss with you when I see you

_____

_____

                                                                  Staff Signature
(Copy of PTSD MD)              Received By _____
                                                                  Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO:  Unit Supervisor, Security Lieutenant,  CC/CM            DATE: 2-10-14

FROM: __Fair_____ __Timmie_____ __G._____     ID #: __44316__
       Last Name          First Name         Middle Initial

__NHSP_____ __SHU_____ __I-5_____ __X_____
 Facility          Housing Unit     Cell            Work/Shift

INMATE REQUEST: I need a court paper notarized please, as soon as you can of Reason Curt asked me to send it back asap thanks.

thank you very much

(If you need more space, use plain paper.)

                                                              _____
                                                              Inmate Signature
TO: __CC/CM Whiting_____                                 DATE: 2-10-14

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: __Fair_____

                                                              _____
                                                              Staff Signature

***********************************************************************************

FROM: __CC/CM White_____                                 DATE: 2/12/14
       Staff Member Name/Office

REMARKS: Mr. Fair,

notarized today 2/12/14

                                                              _____
                                                              Staff Signature

                                        Received By _____
                                                          Inmate Signature
                                                                           TF

White - Offender Records Office     Yellow - Inmate     Pink - Staff     SP-014 (a) Rev. 11/06

page (1)

## Statement of Mental Health "Medication"

I Timmie G Fair take medication for my ptsD, ADD/ADHD/Anxiety Disorders. for my mental and physsical problems... As of "post tramatic stress disorder", and other issues that Have Cancern me in my past.???

If Need more "INFO" will Be willing two try my Best two Have Someone talke To me abat it in person. — Thank you.

D.B  5-3-83
Soc/ 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

Timmie George Fair #44316#

*[signature]*

"MEDICATION" INFO

"GABAPENTIN - TAB 600 mg
MIRTAZAPINE - TAB 15 mg
VENLAFAXINE HCL ER - 75 mg

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Timmie George Fair "44316"

**(b)** County of Residence of First Listed Plaintiff: Merrimack
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Don't have one yet

## DEFENDANTS
NH State Prison Department of Corrections/Medical Dept.

County of Residence of First Listed Defendant: Merrimack
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

2014 FEB 24 P 12:50

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☒ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____