UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timmie G. Fair

      v.

New Hampshire Department
of Corrections et al.

Civil No. 14-cv-00083-PB

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 19, 2016, denying plaintiff's motions to amend the complaint to add defendants and claims (doc. nos. 44 and 46).  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: March 31, 2016
cc:   Timmie Fair, pro se
       Stephen G. LaBonte, Esq.