UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timmie G. Fair
     v.

Patrick Keon, et al

Civil No. 14-cv-83-PB

**J U D G M E N T**

In accordance with the following, judgment is hereby entered:

1. Order by Judge Paul Barbadoro dated December 21, 2016, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated December 2, 2016, and granting the motion for summary judgment; and

2. Order by Judge Paul Barbadoro dated July 2, 2015, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated March 24, 2015.

By the Court,

_____
Daniel J. Lynch, Clerk
United States District Court

Date: December 23, 2016

cc:    Timmie G. Fair, pro se
        Stephen G. LaBonte, Esq.
        Francis Charles Fredericks, Esq.